UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Debtor

Natalie Gomez

Case No.:    16-32333-CMG

Hearing date:

Judge:    Hon. Christine M. Gravelle, U.S.B.J.

## O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of ___Robert C. Nisenson___
on behalf of ___the debtor_____ seeking an Order Authorizing Entry of a _Final_ Loan
Modification Agreement concerning a mortgage on real property referenced on the loan
modification attached to movant's motion, and the Court having considered the submissions; and
parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured
   creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order.
   Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being
   reserved pursuant to this order to other creditors in accordance with the provisions of the
   confirmed plan.

3. IT IS ORDERED  If post-petition arrears are capitalized into the loan modification, secured
   creditor shall file an amended post-petition order within thirty (30) days of the date of this
   Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds
   being reserved pursuant to this order to other creditors in accordance with the provisions of
   the confirmed plan.

4. IT IS FURTHER ORDERED  Debtors shall file an amended Schedule J and Modified Plan
   within twenty (20) days of this Order.